# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| RHONDA KING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHARP HOLDING, INC., ROBERT SHARP, and DOE DEFENDANTS 1-10,<br><br>Defendants. | Civil Action No. 1:22-cv-00728-PTG-JFA |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT AND RELEASE

Plaintiff Rhonda King ("Plaintiff"), by and through her undersigned counsel, individually and on behalf of the other members of the proposed Settlement Class[1], respectfully move the Court for an order granting preliminary approval of the proposed settlement ("Settlement") of the above captioned action pending in this Court. In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, Declaration of Gerald D. Wells, III, and exhibits thereto.

Dated: June 16, 2025

Respectfully submitted,

**WEBSTER BOOK, LLP**

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
2300 Wilson Blvd, Suite 728
Arlington, Virginia 22201
Tel. and Fax: (888) 987-9991
Email: swebster@websterbook.com

---

[1] All capitalized terms used in this Motion shall have the meanings ascribed to them in the Settlement Agreement.

**CONNOLLY WELLS, & GRAY, LLP**
Gerald D. Wells III (admitted *pro hac vice*)
Robert J. Gray
101 Lindenwood Dr., Ste. 225
Malvern, PA 19355
Telephone: 610-822-3700
Facsimile: 610-822-3800
Email: gwells@cwglaw.com
      rgray@cwglaw.com

*Attorneys for the Plaintiff and the Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
WEBSTER BOOK LLP
